

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| DOYLE ANDERTON, | § | No. 08-12-00212-CV |
| Appellant, | § | Appeal from the |
| v. | § | 422nd District Court |
| E. DOUGLAS LANE, DORIS S. LANE. LARRY D. LANE, TERI L. LANE, | § | of Kaufman County, Texas |
| KELLY L. LANE, AND LISA K. LANE, | § | (TC#79946-422) |
| Appellees. | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no error in the judgment. We therefore affirm the judgment of the court below. We further order that Appellees recover from Appellant and his sureties, if any, *see* TEX. R. APP. P. 43.5, on the judgment and all costs in this Court, for which let execution issue. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 23RD DAY OF JULY, 2014.

GUADALUPE RIVERA, Justice

Before McClure, C.J., Rivera, and Rodriguez, JJ.